JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| KATELYNN ROWE, | CASE NO. 2:25-cv-05728-AB-MBK |
|---|---|
| Plaintiff, | District Judge: André Birotte Jr. |
| v. | **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| ORGANICA MEDIA GROUP LLC d/b/a OMG VIP, | |
| Defendant. | Complaint Filed: June 24, 2025 |

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED. KATELYNN ROWE's Complaint against Defendant, ORGANICA MEDIA GROUP LLC d/b/a OMG VIP, is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

Dated: December 8, 2025.  
_____
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL WITH PREJUDICE